UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : **SEALED INDICTMENT** |
| - v. - | : |
| GERALD ROLAND, a/k/a "Gerry," | : 11 Cr. |
| Defendant. | : |

**11 CRIM 372**

- - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1. On or about June 1, 2010, in the Southern District of New York, GERALD ROLAND, a/k/a "Gerry," the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a), and did so in and on, and within one thousand feet of, the real property comprising a public secondary school.

JUDGE PATTERSON



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 29 2011

2. The controlled substance involved in the offense was mixtures and substances containing a detectable amount of cocaine base, commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a), 841(b)(1)(C), and 860.

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C), 860; and Title 18, United States Code, Section 2.)

_____
FOREPERSON    4·29·11

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GERALD ROLAND,
a/k/a "Gerry,"

                        Defendant.

**INDICTMENT**

11 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(C) & 860;
18 U.S.C. § 2)

PREET BHARARA
United States Attorney.

A TRUE BILL

*Margaret Clements*
4.29.11                   Foreperson.